UNDER GOD,

FILED

CASE # **2:24-cv-10487-UA**

## IN THE UNITED STATES DISTRICT COURT

2024 DEC -5  PM 4: 20

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
SANTA ANA
BY PP

**WE THE PEOPLE OF THE STATE OF CALIFORNIA, FOR THE BENEFICIAL**

**INTERESTS OF PETITIONER,**

NO IFP SUBMITTED

v.

**FEE DUE**

**Velocity Commercial Capitol LLC , Defendant**

**COMPLAINT FOR DECLARATORY RELIEF**

## 1. INTRODUCTION

1.1 Petitioner brings this action under the **Declaratory Judgment Act (28 U.S.C. § 2201)** and

other applicable federal and state laws to obtain declaratory and injunctive relief regarding the

Defendant's fraudulent and unlawful conduct.

1.2 Defendant's fraudulent actions include the unauthorized securitization of Petitioner's

mortgage, concealment of material facts, violations of federal disclosure requirements, and

initiation of unlawful foreclosure proceedings.

1.3 Petitioner seeks a declaration that the mortgage agreement is void or voidable due to fraud,

and that the foreclosure process initiated by Defendant is unlawful.

## 2. JURISDICTION AND VENUE

1

**COMPLAINT FOR DECLARATORY RELIEF**

UNDER GOD,

CASE #_____

2.1 This Court has jurisdiction under:

- **28 U.S.C. § 1331 (Federal Question Jurisdiction):** Claims arise under federal statutes, including the **Truth in Lending Act (TILA, 15 U.S.C. § 1601)** and the **Real Estate Settlement Procedures Act (RESPA, 12 U.S.C. § 2601)**.

- **28 U.S.C. § 1367 (Supplemental Jurisdiction):** This Court has jurisdiction over related state law claims, including fraud and conversion.

2.2 Venue is proper under **28 U.S.C. § 1391(b)** because:

- The Defendant is headquartered in California.

- A substantial part of the events giving rise to the claims occurred in this district.

# 3. PARTIES

3.1 **Petitioner:** Saran Adams and Mark Adams, a natural person created by God, is the owner of the property at issue, located in

10410 Paris Street, Houston, TX 77021.

3.2 **Defendant:** Velocity Commercial Capital LLC., is a corporation organized under the laws of California, with its principal place of business in Westlake Village, California.

# 4. LEGAL BASIS

2

UNDER GOD,

CASE #_____

## 4.1 Declaratory Judgment Act (28 U.S.C. § 2201)

*"In a case of actual controversy within its jurisdiction, any court of the United States, upon the filing of an appropriate pleading, may declare the rights and other legal relations of any interested party seeking such declaration, whether or not further relief is or could be sought."*

## 4.2 Truth in Lending Act (TILA, 15 U.S.C. § 1601)

*"The purpose of this subchapter is to assure a meaningful disclosure of credit terms so that the consumer will be able to compare more readily the various credit terms available to him and avoid the uninformed use of credit, and to protect the consumer against inaccurate and unfair credit billing and credit card practices."*

## 4.3 Real Estate Settlement Procedures Act (RESPA, 12 U.S.C. § 2601)

*"It is the purpose of this chapter to effect certain changes in the settlement process for residential real estate that will result in more effective advance disclosure to home buyers and sellers of settlement costs, and in the elimination of kickbacks or referral fees that tend to increase unnecessarily the costs of certain settlement services."*

## 4.4 Fraud (California Civil Code § 1572)

*"Actual fraud consists of acts committed with intent to deceive another party to a contract, including the suggestion of false facts or concealment of material facts by one who is under a duty to disclose them."*

3

**COMPLAINT FOR DECLARATORY RELIEF**

UNDER GOD,

CASE #_____

## 4.5 Conversion

Conversion occurs when one unlawfully exercises control over the property of another, depriving

the owner of its use or possession.

## 5. FACTUAL BACKGROUND

5.1 Petitioner executed a mortgage agreement with Defendant on _____.

5.2 Defendant securitized the promissory note without informing or obtaining the consent of

Petitioner, materially altering the nature of the agreement.

5.3 Defendant concealed the securitization and its effects on the loan terms, depriving Petitioner

of critical information required under TILA and RESPA.

5.4 Defendant initiated foreclosure proceedings based on the fraudulent mortgage agreement,

compounding the harm caused to Petitioner.

## 6. CLAIMS FOR RELIEF

### Count I: Declaratory Relief (28 U.S.C. § 2201)

6.1 Petitioner seeks a declaration that the mortgage agreement is void or voidable due to fraud

and material misrepresentation.

6.2 Petitioner seeks a declaration that Defendant's foreclosure process is unlawful.

4

**COMPLAINT FOR DECLARATORY RELIEF**

UNDER GOD,

CASE #_____

## Count II: Violation of the Truth in Lending Act (15 U.S.C. § 1601)

6.3 Defendant violated TILA by failing to disclose the material terms of the loan and

securitization process.

## Count III: Violation of the Real Estate Settlement Procedures Act (12 U.S.C. § 2601)

6.4 Defendant violated RESPA by engaging in improper loan servicing practices, including dual

tracking and failure to mitigate damages.

## Count IV: Fraud (California Civil Code § 1572)

6.5 Defendant knowingly concealed material facts about the loan and securitization process,

inducing Petitioner to enter into the agreement under false pretenses.

## Count V: Conversion

6.6 Defendant unlawfully converted Petitioner's financial and property rights by securitizing the

loan without authorization and initiating foreclosure proceedings based on fraudulent terms.

## 7. RELIEF REQUESTED

WHEREFORE, Petitioner respectfully requests that this Court:

7.1 Declare the mortgage agreement void or voidable.

7.2 Declare the foreclosure process invalid and enjoin Defendant from proceeding with

foreclosure actions.

7.5 Grant all relief required by the rule of law.

5

**COMPLAINT FOR DECLARATORY RELIEF**

UNDER GOD,

CASE #_____

DATED: December 2, 2024

Respectfully submitted,

_sarai-johnson:adams_

_mad-alley:Dow_

Plaintiff

COMPLAINT FOR DECLARATORY RELIEF

UNDER GOD,

CASE #_____

Saran Adams and Mark Adams
9444 Cullen Boulevard
Suite 331005
Houston, Texas 77288

**December 2, 2024**

**Velocity Commercial Capital**
**30699 Russell Ranch Rd**
**Suite 295**
**Westlake Village, Ca 91362**

**Subject:** Formal Demand for Surety Bond and Insurance Information

Dear [Fake Mortgage Company or Specific Contact Person],

This is a formal demand under applicable laws and regulations, including the **California Residential Mortgage Lending Act (CRMLA)**, for the production of your company's surety bond and insurance information, as required to comply with state and federal licensing obligations.

## 1. Request for Surety Bond Information

Pursuant to your company's obligations as a licensed mortgage company operating in California, please provide:

- The name, address, and contact information of the surety company that issued the bond.
- A copy of the surety bond issued to your company, specifying its coverage amount and effective dates.

## 2. Request for Insurance Information

Additionally, please provide the following insurance details:

- Copies of liability insurance policies held by your company, including coverage for errors and omissions (E&O) or professional liability insurance.

UNDER GOD,

CASE #_____

- Confirmation of compliance with any additional bonding or insurance requirements imposed by applicable regulatory authorities.

## 3. Legal Basis for Demand

This request is made in reliance on:

- The **California Residential Mortgage Lending Act (CRMLA)**, which requires licensed mortgage companies to maintain surety bonds.

- Federal and state consumer protection laws mandating transparency and accountability in mortgage lending practices.

As a regulated entity, your company is obligated to maintain and disclose this information upon request from affected parties or stakeholders.

## 4. Deadline for Compliance

Please provide the requested information in full no later than **12/10/2024**. Failure to comply may result in further legal action to enforce this request.

## 5. Reservation of Rights

This letter is not intended to waive any rights, claims, or remedies I may have under applicable law. I reserve all rights to pursue further legal action if your company fails to respond or comply with this demand.

## 6. Contact Information

Please direct all responses to the address above or via email
Brans @ msn. com

Thank you for your immediate attention to this matter.

Sincerely,
Sarah-johnson:adams

UNDER GOD,

CASE #_____

## ADDENDUM TO THE VERIFIED COMPLAINT

**VERIFICATION**

I, _Saran Adams and Mark Adams_____ , am the Plaintiff in

the above-entitled action. I verify under the laws of the United States of America and under God,

as the ultimate witness to the truth, that the statements made in the attached Complaint are true

and correct to the best of my knowledge, information, and belief.

Executed this **December 2, 2024** , in **[City, State]** ___Houston___,
___Texas___ .

**Respectfully Submitted,**

_saran johnson: adams_

_____

**Pro Se Plaintiff**

**ATTACHMENT**

This verification is an addendum to the Complaint titled:

**WE THE PEOPLE OF THE STATE OF CALIFORNIA, FOR THE BENEFICIAL**

**INTERESTS OF PETITIONER v. VELOCITY COMMERCIAL CAPITAL LLC.**

Case Number: _____

1

**ADDENDUM TO THE VERIFIED COMPLAINT**

UNDER GOD,

CASE #_____

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

WE THE PEOPLE OF THE STATE OF CALIFORNIA, FOR THE BENEFICIAL

INTERESTS OF PETITIONER,

v.

Velocity Commercial Capitol LLC , Defendant

COMPLAINT FOR DECLARATORY RELIEF

## 1. INTRODUCTION

1.1 Petitioner brings this action under the **Declaratory Judgment Act (28 U.S.C. § 2201)** and

other applicable federal and state laws to obtain declaratory and injunctive relief regarding the

Defendant's fraudulent and unlawful conduct.

1.2 Defendant's fraudulent actions include the unauthorized securitization of Petitioner's

mortgage, concealment of material facts, violations of federal disclosure requirements, and

initiation of unlawful foreclosure proceedings.

1.3 Petitioner seeks a declaration that the mortgage agreement is void or voidable due to fraud,

and that the foreclosure process initiated by Defendant is unlawful.

## 2. JURISDICTION AND VENUE

1

COMPLAINT FOR DECLARATORY RELIEF

UNDER GOD,

CASE #_____

2.1 This Court has jurisdiction under:

- **28 U.S.C. § 1331 (Federal Question Jurisdiction):** Claims arise under federal statutes, including the **Truth in Lending Act (TILA, 15 U.S.C. § 1601)** and the **Real Estate Settlement Procedures Act (RESPA, 12 U.S.C. § 2601).**

- **28 U.S.C. § 1367 (Supplemental Jurisdiction):** This Court has jurisdiction over related state law claims, including fraud and conversion.

2.2 Venue is proper under **28 U.S.C. § 1391(b)** because:

- The Defendant is headquartered in California.

- A substantial part of the events giving rise to the claims occurred in this district.

## 3. PARTIES

3.1 **Petitioner:** Mark Adams and Saran Adams, a natural person created by God, is the owner of the property at issue, located in 6410 Paris Steet, Houston, Texas  77021                                             .

3.2 **Defendant:** Velocity Commercial Capital LLC., is a corporation organized under the laws of California, with its principal place of business in Westlake Village, California.

## 4. LEGAL BASIS

2

**COMPLAINT FOR DECLARATORY RELIEF**

UNDER GOD,

CASE #_____

## 4.1 Declaratory Judgment Act (28 U.S.C. § 2201)

"In a case of actual controversy within its jurisdiction, any court of the United States, upon the filing of an appropriate pleading, may declare the rights and other legal relations of any interested party seeking such declaration, whether or not further relief is or could be sought."

## 4.2 Truth in Lending Act (TILA, 15 U.S.C. § 1601)

"The purpose of this subchapter is to assure a meaningful disclosure of credit terms so that the consumer will be able to compare more readily the various credit terms available to him and avoid the uninformed use of credit, and to protect the consumer against inaccurate and unfair credit billing and credit card practices."

## 4.3 Real Estate Settlement Procedures Act (RESPA, 12 U.S.C. § 2601)

"It is the purpose of this chapter to effect certain changes in the settlement process for residential real estate that will result in more effective advance disclosure to home buyers and sellers of settlement costs, and in the elimination of kickbacks or referral fees that tend to increase unnecessarily the costs of certain settlement services."

## 4.4 Fraud (California Civil Code § 1572)

"Actual fraud consists of acts committed with intent to deceive another party to a contract, including the suggestion of false facts or concealment of material facts by one who is under a duty to disclose them."

3

**COMPLAINT FOR DECLARATORY RELIEF**

UNDER GOD,

CASE #_____

**4.5 Conversion**

Conversion occurs when one unlawfully exercises control over the property of another, depriving
the owner of its use or possession.

## 5. FACTUAL BACKGROUND

5.1 Petitioner executed a mortgage agreement with Defendant on *April 18th, 2022*.

5.2 Defendant securitized the promissory note without informing or obtaining the consent of
Petitioner, materially altering the nature of the agreement.

5.3 Defendant concealed the securitization and its effects on the loan terms, depriving Petitioner
of critical information required under TILA and RESPA.

5.4 Defendant initiated foreclosure proceedings based on the fraudulent mortgage agreement,
compounding the harm caused to Petitioner.

## 6. CLAIMS FOR RELIEF

### Count I: Declaratory Relief (28 U.S.C. § 2201)

6.1 Petitioner seeks a declaration that the mortgage agreement is void or voidable due to fraud
and material misrepresentation.

6.2 Petitioner seeks a declaration that Defendant's foreclosure process is unlawful.

4

**COMPLAINT FOR DECLARATORY RELIEF**

UNDER GOD,

CASE #_____

## Count II: Violation of the Truth in Lending Act (15 U.S.C. § 1601)

6.3 Defendant violated TILA by failing to disclose the material terms of the loan and securitization process.

## Count III: Violation of the Real Estate Settlement Procedures Act (12 U.S.C. § 2601)

6.4 Defendant violated RESPA by engaging in improper loan servicing practices, including dual tracking and failure to mitigate damages.

## Count IV: Fraud (California Civil Code § 1572)

6.5 Defendant knowingly concealed material facts about the loan and securitization process, inducing Petitioner to enter into the agreement under false pretenses.

## Count V: Conversion

6.6 Defendant unlawfully converted Petitioner's financial and property rights by securitizing the loan without authorization and initiating foreclosure proceedings based on fraudulent terms.

## 7. RELIEF REQUESTED

WHEREFORE, Petitioner respectfully requests that this Court:

7.1 Declare the mortgage agreement void or voidable.

7.2 Declare the foreclosure process invalid and enjoin Defendant from proceeding with foreclosure actions.

7.5 Grant all relief required by the rule of law.

5

**COMPLAINT FOR DECLARATORY RELIEF**

UNDER GOD,

CASE #_____

DATED: December 2, 2024

Respectfully submitted,

_sarah-johnson adams_

_____

Plaintiff

6

COMPLAINT FOR DECLARATORY RELIEF