JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAN ADAMS, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>VELOCITY COMMERCIAL CAPITOL, LLC,<br><br>　　　　　　Defendant. | Case No. 2:24-cv-10487-SRM-RAOx<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

　　　　On December 5, 2024, Plaintiffs Saran Adams and Mark Adams filed this lawsuit again Defendant Velocity Commercial Capitol, LLC, seeking declaratory and injunctive relief for Velocity's alleged unlawful and fraudulent practices of securing the Adams' mortgage. (*See generally* Dkt. 1, Compl.) The Adams did not pay the filing fee when they filed their Complaint. (*See* Dkt. 1.) That same day, the Clerk of Court noted that the Adams had not paid their filing fee and cautioned them that if they did not do so within 30 days, the case would be dismissed. (*See* Dkt. 8.)

　　　　A party that wishes to proceed with a lawsuit in this Court must pay a filing fee. 28 U.S.C. § 1914(a). As of today's date, the Adams have not paid the filing fee despite being warned that their case will be dismissed for failure to do so. Accordingly, this case is **DISMISSED WITHOUT PREJUDICE** for their failure to pay the filing fee. The Clerk of Court is **DIRECTED** to close this case.

　　　　**IT IS SO ORDERED.**

Dated: April 28, 2025

　　　　　　　　　　　　　　　　　　　　　　HON. SERENA R. MURILLO
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE